**FILED**
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8759

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Salvador AGUILAR-Figueroa, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 21, 2008, within the Southern District of California, defendant Salvador AGUILAR-Figueroa, did knowingly and intentionally import approximately 35.96 kilograms (79.11 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor O. Esparza, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 22nd DAY OF AUGUST, 2008

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Salvador AGUILAR-Figueroa

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On August 21, 2008, at approximately 0616 hours, Salvador AGUILAR-Figueroa applied for admission into the United States from Mexico, at the Calexico, California east port of entry. AGUILAR was the driver and registered owner of the 1998 Toyota Sienna Van. His wife, Maria Eugenia MARTINEZ-Barajas, accompanied AGUILAR.

AGUILAR and his wife presented their border crossing cards to Customs and Border Protection Officer (CBPO) E. Chong. AGUILAR gave a negative Customs declaration and stated to CBPO Chong that he had owned the vehicle for 6 months and that he was on his way to Wal-Mart and Santo Tomas. At this time CBPO Chong performed a 7-point inspection of the vehicle and noticed that the dashboard had been tampered with. At this point AGUILAR and the vehicle were referred to secondary for further inspection.

In vehicle secondary Canine Enforcement Officer C. Anzaldo utilized his Narcotic Detection Dog (NDD) to inspect the vehicle. The NDD alerted to an odor of narcotics emanating from the dashboard area of the vehicle.

A total of thirty (30) packages were removed from the dashboard area. CBPO I. Corona probed one of the packages and a sample of a green leafy substance was extracted. The substance field-tested positive for marijuana. The 30 packages had a combined weight of approximately 35.96 kilograms or ( 79.11 pounds) of marijuana. AGUILAR was placed under arrest and advised of his Miranda rights by Special Agent Victor Esparza, which he acknowledged and waived, agreeing to answer questions. AGUILAR admitted knowledge of the marijuana. Aguilar's wife was released due to lack of knowledge.